```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 16-00001-RNO
Ginger Rae Ramsey                                               Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1    User: MMchugh    Page 1 of 1    Date Rcvd: May 22, 2017
                       Form ID: pdf010   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2017.
db         +Ginger Rae Ramsey,   100 North 17th Street,   Camp Hill, PA 17011-3908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2017                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2017 at the address(es) listed below:
        Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
        Dorothy L Mott    on behalf of Debtor Ginger Rae Ramsey DorieMott@aol.com,
         KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
        James Warmbrodt    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificate holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-10 bkgroup@kmllawgroup.com
        Kara Katherine Gendron    on behalf of Debtor Ginger Rae Ramsey karagendronecf@gmail.com, doriemott@aol.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
        Martin A Mooney    on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., asset-backed certificates, series 2007-10 by its servicer Specialized Loan Servicing LLC tshariff@schillerknapp.com, tshariff@ecf.courtdrive.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
        William E. Craig    on behalf of Creditor   Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Services mortonlaw.bcraig@verizon.net,  mhazlett@mortoncraig.com;tfitz@mortoncraig.com
                                                                                                     TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| GINGER RAE RAMSEY | : | |
| | : | CASE NO. 1:16-bk-00001 |
| Debtor | : | |
| | : | |
| | : | |

## ORDER

UPON CONSIDERATION of the Motion to Modify Plan, and cause appearing therefore, it is hereby

ORDERED AND DECREED that the Debtor is granted leave to Modify the Chapter 13 Plan and the Plan is hereby modified.

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

Dated: May 22, 2017