```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                            Case No. 16-00001-RNO
Ginger Rae Ramsey                                                 Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: MMchugh            Page 1 of 1         Date Rcvd: Aug 24, 2017
                              Form ID: pdf010          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2017.
db             +Ginger Rae Ramsey,    100 North 17th Street,    Camp Hill, PA 17011-3908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor Ginger Rae Ramsey DorieMott@aol.com,
               KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail
               .com
              James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificate holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-10
               bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Debtor Ginger Rae Ramsey karagendronecf@gmail.com,
               doriemott@aol.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
              Martin A Mooney    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., asset-backed certificates, series
               2007-10 by its servicer Specialized Loan Servicing LLC tshariff@schillerknapp.com,
               ahight@schillerknapp.com
              Thomas I Puleo    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as
               Trustee for the certificate holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-10
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**GINGER RAE RAMSEY**

    Debtor(s)

**SPECIALIZED LOAN SERVICING LLC, AS SERVICER FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDRES OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-10**

    Movant(s)

vs.

**GINGER RAE RAMSEY**
**CHARLES J. DEPART, III, TRUSTEE**

    Respondent(s)

| | |
|---|---|
| Chapter | **13** |
| Case Number: | **1-16-bk-00001 RNO** |
| Document No.: | **42** |
| Nature of Proceeding: | **Motion for Relief from Automatic Stay** |

## ORDER

Upon consideration of the statement in open court at a hearing held on August 24, 2017, that a settlement has been reached and a stipulation will be filed, it is hereby

ORDERED, if a stipulation or a request to relist matter for hearing is not filed by September 23, 2017, the Court may deny this Motion without further notice.

By the Court,

*Robert N. Opel II*
Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Date: August 24, 2017

MDPA-Order Stip Due or Relist.WPT REV 03/16

Case 1:16-bk-00001-RNO   Doc 46   Filed 08/26/17   Entered 08/27/17 00:43:54   Desc
Imaged Certificate of Notice    Page 2 of 2