```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                           Case No. 16-00001-RNO
Ginger Rae Ramsey                                                Chapter 13
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0314-1         User: MMchugh              Page 1 of 1        Date Rcvd: Sep 27, 2017
                             Form ID: pdf010            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2017.
db             +Ginger Rae Ramsey,    100 North 17th Street,    Camp Hill, PA 17011-3908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor Ginger Rae Ramsey DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              James   Warmbrodt    on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., asset-backed certificates, series
               2007-10 by its servicer Specialized Loan Servicing LLC bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificate holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-10
               bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Debtor Ginger Rae Ramsey karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Martin A Mooney    on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., asset-backed certificates, series
               2007-10 by its servicer Specialized Loan Servicing LLC tshariff@schillerknapp.com,
               ahight@schillerknapp.com
              Thomas I Puleo    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York, as
               Trustee for the certificate holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-10
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor   Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ginger Rae Ramsey<br>_Debtor_ | CHAPTER 13 |
| Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-10<br>_Movant_<br>vs. | NO. 16-00001 RNO |
| Ginger Rae Ramsey<br>_Debtor_ | 11 U.S.C. Section 362 |
| Charles J. DeHart, III<br>_Trustee_ | |

**ORDER**

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

By the Court,

Dated: September 27, 2017

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)