UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: GINGER RAE RAMSEY : CHAPTER 13
     Debtor(s) :
      :
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
     Movant :
      :
     vs. :
      :
GINGER RAE RAMSEY :
     Respondent(s) : CASE NO. 1-16-bk-00001

## TRUSTEE'S OBJECTION TO THIRD AMENDED CHAPTER 13 PLAN

     AND NOW, this 6th day of October, 2017, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

     1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

          a. The plan is underfunded relative to claims to be paid – 100% plan.

     WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

          a. Deny confirmation of debtor(s) plan.
          b. Dismiss or convert debtor(s) case.
          c. Provide such other relief as is equitable and just.

                           Respectfully submitted:


                           /s/Charles J. DeHart, III
                           Standing Chapter 13 Trustee
                           8125 Adams Drive, Suite A
                           Hummelstown, PA 17036
                           (717) 566-6097

CERTIFICATE OF SERVICE

AND NOW, this 6th day of October, 2017, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Dorothy Mott, Esquire
125 State Street
Harrisburg, PA   17101

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee