```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 16-00001-HWV
Ginger Rae Ramsey                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: MMchugh           Page 1 of 2          Date Rcvd: Nov 29, 2017
                         Form ID: ntpasnh        Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 01, 2017.
```
db             +Ginger Rae Ramsey,    100 North 17th Street,    Camp Hill, PA 17011-3908
cr             +THE BANK OF NEW YORK MELLON,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
4737869        +COMCAST CABLE (BK Notices),    1555 SUZY ST,    LEBANON, PA 17046-8318
4737872        +EDWARD RAMSEY,    100 N 17TH STREET,    CAMP HILL, PA 17011-3908
4737873        +ERC,   PO BOX 57547,    JACKSONVILLE, FL 32241-7547
4737874        +FEDLOAN,    PO BOX 69184,    HARRISBURG, PA 17106-9184
4737877        +PARKER McCAY, P.A.,    9000 MIDATLANTIC DRIVE STE 300,    PO BOX 5054,
                 MOUNT LAUREL, NJ 08054-5054
4737880        +SLS,    8742 LUCENT BOULEVARD SUITE 300,    HIGHLANDS RANCH, CO 80129-2386
4782973        +The Bank of New York Mellon, Trustee (See 410),    c/o Specialized Loan Servicing, LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
4760258         U.S.Department of Education,    C/O FedLoan Servicing,    P.O.Box 69184,
                 Harrisburg PA 17106-9184
4737881        +UNEMPLOYMENT COMP OVERPAYMENT MATTERS,    DEPT OF LABOR AND INDUSTRY,    OFICE OF CHIEF COUNSEL,
                 651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0751
4737882        +UNEMPLOYMENT COMP TAX MATTERS,    HARRISBURG CASES - OFF OF CHIEF COUNSEL,
                 DEPT OF LABOR & INDUSTRY,    651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0700
4737883        +WELLS FARGO DEALER SERVICES,    BANKRUPTCY DEPT/GREENVILLE,    1451 THOMAS LANGSTON ROAD,
                 WINTERVILLE, NC 28590-8872
4749861         Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,     PO Box 19657,    Irvine, CA 92623-9657
4874770        +Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Se,    1451 Thomas Langston Rd.,
                 Winterville, NC 28590-8872
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4737868        +E-mail/Text: dehartstaff@pamd13trustee.com Nov 29 2017 19:04:54     CHARLES J DEHART, III, ESQ.,
                 8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
4737870         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 29 2017 19:04:43     COMM OF PA DEPT OF REVENUE,
                 BUREAU OF COMPLIANCE,    PO BOX 280946,    HARRISBURG, PA 17128-0946
4737871        +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 29 2017 19:04:57
                 CREDIT COLLECTION SERVICES,    TWO WELLS AVE,    NEWTON, MA 02459-3246
4737875         E-mail/Text: cio.bncmail@irs.gov Nov 29 2017 19:04:39     INTERNAL REVENUE SERVICE - CIO,
                 PO BOX 7346,    PHILADELPHIA, PA 19101-7346
4737878        +E-mail/Text: colleen.atkinson@rmscollect.com Nov 29 2017 19:04:59     REC MGM SYS,
                 PO BOX 17305,    RICHMOND, VA 23226-7305
4737879        +E-mail/PDF: pa_dc_claims@navient.com Nov 29 2017 19:06:00     SALLIE MAE,    PO BOX 9500,
                 WILKES BARRE, PA 18773-9500
                                                                                               TOTAL: 6
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Se,    1451 Thomas Langston Rd.,
                 Winterville, NC 28590-8872
4737876*        IRS CENTRALIZED INSOLVENCY ORGANIZATION,    PO BOX 7346,    PHILADELPHIA, PA 19101-7346
4980466*       +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
                                                                                TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 29, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor 1 Ginger Rae Ramsey DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com

```
District/off: 0314-1                User: MMchugh              Page 2 of 2               Date Rcvd: Nov 29, 2017
                                    Form ID: ntpasnh           Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificate holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-10 bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., asset-backed certificates, series 2007-10 by its servicer Specialized Loan Servicing LLC bkgroup@kmllawgroup.com
          Kara Katherine Gendron    on behalf of Debtor 1 Ginger Rae Ramsey karagendronecf@gmail.com, doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
          Martin A Mooney    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., asset-backed certificates, series 2007-10 by its servicer Specialized Loan Servicing LLC tshariff@schillerknapp.com, ahight@schillerknapp.com;kcollins@schillerknapp.com
          Thomas I Puleo    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificate holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-10 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William E. Craig    on behalf of Creditor    Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                 TOTAL: 9

ntpasnh(10/11)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Ginger Rae Ramsey<br>**Debtor(s)** | Chapter: 13<br>Case number: 1:16−bk−00001−HWV<br>Document Number: 58 |
| Ginger Rae Ramsey<br>**Movant(s)**<br>vs.<br>Specialized Loan Servicing LLC<br>**Respondent(s)** | Matter: Motion for Approval of Loan Modification |

## Notice

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002−1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **December 20, 2017**. If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MMchugh, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: November 29, 2017 |