```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 16-00001-HWV
Ginger Rae Ramsey                                                   Chapter 13
        Debtor
                             **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: REshelman          Page 1 of 1          Date Rcvd: Dec 28, 2017
                              Form ID: pdf010          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 30, 2017.
db             +Ginger Rae Ramsey,    100 North 17th Street,    Camp Hill, PA 17011-3908
4782973        +The Bank of New York Mellon, Trustee (See 410),    c/o Specialized Loan Servicing, LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4980466*       +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
                                                                                          TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 28, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor 1 Ginger Rae Ramsey DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., asset-backed certificates, series
               2007-10 by its servicer Specialized Loan Servicing LLC bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificate holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-10
               bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Debtor 1 Ginger Rae Ramsey karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Martin A Mooney    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., asset-backed certificates, series
               2007-10 by its servicer Specialized Loan Servicing LLC tshariff@schillerknapp.com,
               ahight@schillerknapp.com;kcollins@schillerknapp.com
              Thomas I Puleo    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as
               Trustee for the certificate holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-10
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>GINGER RAE RAMSEY | CHAPTER 13 |
| Debtor | CASE NO. 1:16-bk-00001 |
| GINGER RAE RAMSEY<br>Movant | |
| v. | |
| Specialized Loan Servicing LLC<br>Respondent | |

**ORDER**

UPON consideration of the Motion for Approval of Loan Modification, and good reason appearing therefor, no objections appearing thereto, it is hereby

ORDERED AND DECREED that the Loan Modification is hereby approved and the Respondent may amend any proof of claim that it has filed so that it is consistent with the Modification.

Dated: December 28, 2017

By the Court,

Henry W. Van Eck, Bankruptcy Judge
(KB)