```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                        Case No. 16-00001-HWV
Ginger Rae Ramsey                                             Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: MMchugh     Page 1 of 1     Date Rcvd: Jan 02, 2018
                     Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2018.
       +HIGHMARK PAYROLL DEPARTMENT,    ATTN: PAYROLL DEPARTMENT,    ATTN: ELIZABETH COLE,
        1800 CENTER STREET 2A L3,    CAMP HILL, PA 17011-1702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2018 at the address(es) listed below:
         Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
         Dorothy L Mott    on behalf of Debtor 1 Ginger Rae Ramsey DorieMott@aol.com,
          KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
         James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
          as Trustee for the certificateholders of the CWABS, Inc., asset-backed certificates, series
          2007-10 by its servicer Specialized Loan Servicing LLC bkgroup@kmllawgroup.com
         James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
          as Trustee for the certificate holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-10
          bkgroup@kmllawgroup.com
         Kara Katherine Gendron    on behalf of Debtor 1 Ginger Rae Ramsey karagendronecf@gmail.com,
          doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
         Martin A Mooney    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
          as Trustee for the certificateholders of the CWABS, Inc., asset-backed certificates, series
          2007-10 by its servicer Specialized Loan Servicing LLC tshariff@schillerknapp.com,
          ahight@schillerknapp.com;kcollins@schillerknapp.com
         Thomas I Puleo    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as
          Trustee for the certificate holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-10
          tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
         William E. Craig    on behalf of Creditor    Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer
          Services ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| GINGER RAE RAMSEY | : | |
| | : | CASE NO. 1:16-bk-00001 |
| Debtor | : | |
| | : | |
| | : | |

## AMENDED ORDER TO PAY TRUSTEE

Upon consideration of the Motion for Wage attachment, it is hereby ordered that until further Order of this Court the entity from whom the Debtor, Ginger Rae Ramsey receives income:

HIGHMARK PAYROLL DEPARTMENT
ATTN: PAYROLL DEPARTMENT
ATTN: ELIZABETH COLE
1800 CENTER STREET 2A L3
CAMP HILL, PA 17011

deduct from said income the sum of $575.00 from each two-week pay check, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor and to remit the deductible sums to:

CHARLES J DEHART III ESQUIRE
PO BOX 7005
LANCASTER, PA 17604

It is further ordered that the employer shall change the amount of the monthly remittance to the Trustee in the future, if the Employer is directed to do so in writing, either by the Trustee or by the Debtor's counsel and to continue the wage attachment until the Employer is directed in writing to discontinue the attachment, either by the Trustee or Debtor's counsel. It is further ordered that the entity from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and the reason therefore. It is further ordered that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedure. It is further ordered that this Order shall terminate without further order upon certification that the obligation of the Debtor has been fulfilled, if it is not terminated by earlier order of this Court.

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge
(KB)

Dated: January 2, 2018