```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
```

In re:                                                            Case No. 16-00001-HWV
Ginger Rae Ramsey                                                 Chapter 13
         Debtor                   **CERTIFICATE OF NOTICE**

District/off: 0314-1           User: REshelman           Page 1 of 1             Date Rcvd: Feb 14, 2018
                               Form ID: pdf010           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2018.
db              +Ginger Rae Ramsey,    100 North 17th Street,    Camp Hill, PA 17011-3908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2018                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor 1 Ginger Rae Ramsey DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              James  Warmbrodt    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., asset-backed certificates, series
               2007-10 by its servicer Specialized Loan Servicing LLC bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificate holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-10
               bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Debtor 1 Ginger Rae Ramsey karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Martin A Mooney    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., asset-backed certificates, series
               2007-10 by its servicer Specialized Loan Servicing LLC tshariff@schillerknapp.com,
               ahight@schillerknapp.com;kcollins@schillerknapp.com
              Thomas I Puleo    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as
               Trustee for the certificate holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-10
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>GINGER RAE RAMSEY<br><br>　　Debtor | CHAPTER 13<br><br>CASE NO. 1:16-bk-00001 |

## ORDER

Upon consideration of the Motion to Modify Plan, (the "Motion") and cause appearing therefore, and no objections having been filed, it is hereby

**ORDERED** that the Motion is **GRANTED** and Debtor is granted leave to Modify the Chapter 13 Plan and the Plan is hereby modified.

Dated: February 13, 2018

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (LS)