In re:                                                          Case No. 16-00001-HWV
Ginger Rae Ramsey                                               Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1          User: MMchugh          Page 1 of 1          Date Rcvd: Jul 26, 2018
                             Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2018.
4782973        +The Bank of New York Mellon, Trustee (See 410),   c/o Specialized Loan Servicing, LLC,
                8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2018                     Signature:  /s/Joseph Speetjens


---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2018 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          Dorothy L Mott   on behalf of Debtor 1 Ginger Rae Ramsey DorieMott@aol.com,
           KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
          James Warmbrodt   on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York,
           as Trustee for the certificateholders of the CWABS, Inc., asset-backed certificates, series
           2007-10 by its servicer Specialized Loan Servicing LLC bkgroup@kmllawgroup.com
          James Warmbrodt   on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
           as Trustee for the certificate holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-10
           bkgroup@kmllawgroup.com
          Kara Katherine Gendron   on behalf of Debtor 1 Ginger Rae Ramsey karagendronecf@gmail.com,
           doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
          Martin A Mooney   on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York,
           as Trustee for the certificateholders of the CWABS, Inc., asset-backed certificates, series
           2007-10 by its servicer Specialized Loan Servicing LLC ahight@schillerknapp.com,
           kcollins@schillerknapp.com;tshariff@schillerknapp.com;cmack@schillerknapp.com
          Thomas I Puleo   on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York, as
           Trustee for the certificate holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-10
           tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
          William E. Craig   on behalf of Creditor   Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer
           Services ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                              TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

### Middle District of Pennsylvania
### Case No. 1:16-bk-00001-HWV
### Chapter 13

In re: Debtor(s) (including Name and Address)

Ginger Rae Ramsey
100 North 17th Street
Camp Hill PA 17011

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/26/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 5: The Bank of New York Mellon, Trustee (See 410), c/o Specialized Loan Servicing, LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129 | The Bank of New York Mellon c/o Specialized Loan Servicing, LLC 8742 Lucent Blvd, Suite 300 Highlands Ranch, Colorado 80129 The Bank of New York Mellon c/o Specialized Loan Servicing, LLC |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   07/28/18

Terrence S. Miller

**CLERK OF THE COURT**