UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA (HARRISBURG)

| | |
|---|---|
| In Re: | Case No. 16-00001 |
| GINGER RAMSEY, | Chapter 13 |
| Debtor(s). | |

## NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

COMES NOW, Specialized Loan Servicing LLC as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-10 ("Creditor"), by its attorney, and hereby withdraws its Transfer of Claim Other than for Security (Docket No. 72), filed on July 26, 2018, in the above-referenced bankruptcy proceeding. The Transfer of Claim Other than for Security was filed in error.

**PLEASE TAKE FURTHER NOTICE** all Notices and Payments on the above-referenced claim should be directed to:

| **Notices to be sent to:** | **Payments to be sent to:** |
|---|---|
| Specialized Loan Servicing, LLC | Specialized Loan Servicing, LLC |
| 8742 Lucent Blvd, Suite 300 | PO Box 636007 |
| Highlands Ranch, CO 80129 | Littleton, CO 80163 |

DATED: October 11, 2018

/s/ Lisa Cancanon
Lisa Cancanon
Weinstein & Riley, P.S.
Attorney for Creditor
11101 West 120th Avenue #280
Broomfield, CO 80021
Bar ID: 323550
Phone: (303) 539 8600
Email: lisac@w-legal.com

47739253

Case 1:16-bk-00001-HWV    Doc 74    Filed 10/11/18    Entered 10/11/18 17:39:12    Desc
Main Document    Page 1 of 2

## CERTIFICATE OF SERVICE

       I hereby certify, under penalty of perjury pursuant to 28 U.S.C. Sec. 1746 on October 10, 2018, a true and correct copy the foregoing documents was served via electronic means as listed on the Court's ECF noticing system or by regular, first-class mail to the parties listed below:

<u>Debtor(s) via First-Class Mail</u>
Ginger Ramsey
100 N Seventeenth St
Camp Hill, PA 17011

<u>Debtor(s) Counsel via First-Class Mail</u>
Kara Katherine Gendron
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101

Dorothy L Mott
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101

<u>Trustee via First-Class Mail</u>
CHARLES J DEHART III
8125 ADAMS DR
HUMMELSTOWN, PA 17036

<u>Asst. U.S. Trustee via First-Class Mail</u>
United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

/s/ Nikole Montufar
Nikole Montufar
Legal Assistant to Lisa Cancanon