IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| GINGER RAE RAMSEY | : | |
|   Debtor | : | CASE NO. 1:16-bk-00001 |
| | : | |
| | : | |
| | : | |

## MOTION TO TERMINATE
## WAGE ATTACHMENT TO PAY TRUSTEE

  Comes now the Debtor, Ginger Rae Ramsey, by and through the Dorothy L.Mott Law Office, LLC, and moves this Court to terminate the Wage Attachment Order previously entered in this case, respectfully stating in support thereof as follows:

  1. The Debtor filed a Chapter 13 Petition on January 1, 2016

  2. The Debtor has completed all payments due under the plan and wishes to terminate the wage attachment.

  Wherefore, the Debtor respectfully requests that this Honorable Court enter an Order terminating the Wage Attachment Order previously entered in this case.

                Respectfully submitted,

                /s/ Dorothy L. Mott
                _____

                Dorothy L. Mott, Esquire, Atty ID 43568
                Kara K. Gendron, Esquire, Atty ID 87577
                Mott & Gendron Law
                125 State Street
                Harrisburg, PA 17101
                Tel  (717)232-6650
                Fax (717) 232-0477

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
GINGER RAE RAMSEY :
  Debtor : CASE NO. 1:16-bk-00001
:
:
:

**ORDER**

Upon consideration of the Motion to Terminate Wage Attachment filed by the Debtor in this case, and it appearing that the Debtor wishes to terminate the wage attachment, it is hereby Ordered and Decreed that the Wage Attachment Order is hereby terminated.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | **CHAPTER 13** |
| **GINGER RAE RAMSEY** | : | |
| Debtor | : | **CASE NO. 1:16-bk-00001** |
| | : | |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE

I certify that on December 22, 2020 I served a copy of the foregoing document(s) on the following parties:

| Name and Address | Mode of Service |
|---|---|
| CHARLES J DEHART, III ESQUIRE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036 | Electronically |
| HIGHMARK PAYROLL DEPARTMENT<br>ATTN: PAYROLL DEPARTMENT<br>ATTN: ELIZABETH COLE<br>1800 CENTER STREET 2A L3<br>CAMP HILL, PA 17011 | First Class Mail, Postage Prepaid |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Dorothy L. Mott
_____
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
Tel: (717)232-6650
Fax: (717) 232-0477