United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                      Case No. 16-00001-HWV
Ginger Rae Ramsey                                              Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-1                            User: AutoDocke                                Page 1 of 2
Date Rcvd: Dec 23, 2020                      Form ID: pdf010                         Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ginger Rae Ramsey, 100 North 17th Street, Camp Hill, PA 17011-3908 |
| | + | Highmark Payroll Department, ATTN: Payroll Dept. Elizabeth Cole, 1800 Center Street 2A L3, Camp Hill, PA 17011-1702 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2020                              Signature:                  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Dorothy L Mott | on behalf of Debtor 1 Ginger Rae Ramsey DorieMott@aol.com KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com |
| James Warmbrodt | on behalf of Creditor The Bank of New York Mellon fka The Bank of New York as Trustee for the certificateholders of the CWABS, Inc., asset-backed certificates, series 2007-10 by its servicer Specialized Loan Servicing LLC bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificate holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-10 bkgroup@kmllawgroup.com |

| | |
|---|---|
| Kara Katherine Gendron | on behalf of Debtor 1 Ginger Rae Ramsey karagendronecf@gmail.com doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com |
| Lisa Cancanon | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificate holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-10 lisac@w-legal.com, Llombardi06@law.du.edu |
| Martin A Mooney | on behalf of Creditor The Bank of New York Mellon fka The Bank of New York as Trustee for the certificateholders of the CWABS, Inc., asset-backed certificates, series 2007-10 by its servicer Specialized Loan Servicing LLC kcollins@schillerknapp.com, lgadomski@schillerknapp.com |
| Thomas I Puleo | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificate holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-10 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Wells Fargo Bank N.A. d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| GINGER RAE RAMSEY | : | |
| Debtor | : | CASE NO. 1:16-bk-00001 |
| | : | |
| | : | |
| | : | |

## ORDER

Upon consideration of the Motion to Terminate Wage Attachment filed by the Debtor in this case, and it appearing that the Debtor wishes to terminate the wage attachment, it is hereby Ordered and Decreed that the Wage Attachment Order is hereby terminated.

Dated: December 23, 2020

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (CD)