In re:  Case No. 16-00001-HWV

Ginger Rae Ramsey  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3

Date Rcvd: Jan 20, 2021      Form ID: 3180W      Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ginger Rae Ramsey, 100 North 17th Street, Camp Hill, PA 17011-3908 |
| cr | + | THE BANK OF NEW YORK MELLON, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | + | THE BANK OF NEW YORK MELLON, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | The Bank Of New York Mellon, 14841 DALLAS PARKWAY, SUITE 425, Dallas, TX 75254-8067 |
| cr | + | The Bank of New York Mellon, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| cr | + | The Bank of New York Mellon FKA The Bank of New Yo, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 4737872 | + | EDWARD RAMSEY, 100 N 17TH STREET, CAMP HILL, PA 17011-3908 |
| 4737874 | + | FEDLOAN, PO BOX 69184, HARRISBURG, PA 17106-9184 |
| 4737877 | + | PARKER McCAY, P.A., 9000 MIDATLANTIC DRIVE STE 300, PO BOX 5054, MOUNT LAUREL, NJ 08054-5054 |
| 4737880 | + | SLS, 8742 LUCENT BOULEVARD SUITE 300, HIGHLANDS RANCH, CO 80129-2386 |
| 5088031 | + | The Bank of New York Mellon, c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 5088032 | + | The Bank of New York Mellon, c/o Specialized Loan Servicing, LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, The Bank of New York Mellon c/o Specialized Loan Servicing, LLC 80129-2386 |
| 4980466 | + | The Bank of New York Mellon Trustee (See 410), Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 4782973 | + | The Bank of New York Mellon, Trustee (See 410), c/o Specialized Loan Servicing, LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 4760258 | | U.S.Department of Education, C/O FedLoan Servicing, P.O.Box 69184, Harrisburg PA 17106-9184 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4737868 | + | Email/Text: dehartstaff@pamd13trustee.com | Jan 20 2021 19:09:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036-8625 |
| 4737869 | + | EDI: COMCASTCBLCENT | Jan 21 2021 00:13:00 | COMCAST CABLE (BK Notices), 1555 SUZY ST, LEBANON, PA 17046-8318 |
| 4737870 | | EDI: PENNDEPTREV | Jan 21 2021 00:13:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 4737870 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 20 2021 19:09:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 4737871 | + | EDI: CCS.COM | Jan 21 2021 00:13:00 | CREDIT COLLECTION SERVICES, TWO WELLS AVE, NEWTON, MA 02459-3225 |
| 4737873 | + | Email/Text: bknotice@ercbpo.com | Jan 20 2021 19:09:00 | ERC, PO BOX 57547, JACKSONVILLE, FL 32241-7547 |
| 4737875 | | EDI: IRS.COM | Jan 21 2021 00:13:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 4737878 | + | Email/Text: colleen.atkinson@rmscollect.com | Jan 20 2021 19:10:00 | REC MGM SYS, PO BOX 17305, RICHMOND, VA 23226-7305 |
| 4737879 | + | EDI: NAVIENTFKASMSERV.COM | Jan 21 2021 00:13:00 | SALLIE MAE, PO BOX 9500, WILKES BARRE, PA 18773-9500 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 4737881 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jan 20 2021 19:09:00 | UNEMPLOYMENT COMP OVERPAYMENT MATTERS, DEPT OF LABOR AND INDUSTRY, OFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 4737882 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jan 20 2021 19:09:00 | UNEMPLOYMENT COMP TAX MATTERS, HARRISBURG CASES - OFF OF CHIEF COUNSEL, DEPT OF LABOR & INDUSTRY, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 4737883 | + | EDI: WFFC.COM | Jan 21 2021 00:13:00 | WELLS FARGO DEALER SERVICES, BANKRUPTCY DEPT/GREENVILLE, 1451 THOMAS LANGSTON ROAD, WINTERVILLE, NC 28590-8872 |
| 4749861 | | EDI: WFFC.COM | Jan 21 2021 00:13:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, PO Box 19657, Irvine, CA 92623-9657 |
| 4874770 | + | EDI: WFFC.COM | Jan 21 2021 00:13:00 | Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Se, 1451 Thomas Langston Rd., Winterville, NC 28590-8872 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Se, 1451 Thomas Langston Rd., Winterville, NC 28590-8872 |
| 4737876 | * | IRS CENTRALIZED INSOLVENCY ORGANIZATION, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5064604 | *+ | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 22, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Dorothy L Mott | on behalf of Debtor 1 Ginger Rae Ramsey DorieMott@aol.com KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com |
| James Warmbrodt | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificate holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-10 bkgroup@kmllawgroup.com |

James Warmbrodt
    on behalf of Creditor The Bank of New York Mellon fka The Bank of New York as Trustee for the certificateholders of the CWABS, Inc., asset-backed certificates, series 2007-10 by its servicer Specialized Loan Servicing LLC bkgroup@kmllawgroup.com

Kara Katherine Gendron
    on behalf of Debtor 1 Ginger Rae Ramsey karagendronecf@gmail.com doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com

Lisa Cancanon
    on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificate holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-10 lisac@w-legal.com, Llombardi06@law.du.edu

Martin A Mooney
    on behalf of Creditor The Bank of New York Mellon fka The Bank of New York as Trustee for the certificateholders of the CWABS, Inc., asset-backed certificates, series 2007-10 by its servicer Specialized Loan Servicing LLC kcollins@schillerknapp.com, lgadomski@schillerknapp.com

Thomas I Puleo
    on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificate holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-10 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

William E. Craig
    on behalf of Creditor Wells Fargo Bank N.A. d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 10

| **Information to identify the case:** | |
|---|---|
| Debtor 1    <u>Ginger Rae Ramsey</u><br>          First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6395<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing)   First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Middle District of Pennsylvania | |
| Case number:   1:16–bk–00001–HWV | |

# Order of Discharge     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Ginger Rae Ramsey

<u>1/20/21</u>                                          **By the court:** <u>Henry W. Van Eck</u><br>
                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

     ♦ debts that are domestic support obligations;

     ♦ debts for most student loans;

     ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W          **Chapter 13 Discharge**          page 2