## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    GINGER RAE RAMSEY                                           Case No.: 1-16-00001-HWV
                                                                                  Chapter 13

                Debtor(s)

### NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                     **MORTGAGE INFORMATION**
Creditor Name:                     SPECIALIZED LOAN SERVICING LLC
Court Claim Number:             05C
Last Four of Loan Number:      2275
Property Address if applicable:   100 NORTH 17TH STREET, , CAMP HILL, PA17011

**PART 2:**                     **CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE
a.   Allowed prepetition arrearages:                                     $0.00
b.   Prepetition arrearages paid by the Trustee:                    $0.00
c.   Amount of postpetition fees, expenses, and charges recoverable
     Under Bankruptcy Rule 3002.1(c):                                $0.00
d.   Amount of postpetition fees, expenses, and charges recoverable
     Under Bankruptcy Rule 3002.1(c) and paid by the Trustee:    $0.00
e.   Allowed postpetition arrearage:                                      $0.00
f.   Postpetition arrearages paid by the Trustee:                    $0.00
g.   Total b, d, f:                                                                  $0.00

**PART 3:**                     **POST PETITION MORTGAGE PAYMENT**
Mortgage is paid thru the plan by the Trustee conduit.
Current Monthly Mortgage Payment: $1,054.41
Next postpetition payment due: DECEMBER, 2020
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                     **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: January 28, 2021 Respectfully submitted,

s/ Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com

Creditor Name: SPECIALIZED LOAN SERVICING LLC
Court Claim Number: 05C

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5010 | 1177720 | 12/05/2017 | $1,377.44 | $0.00 | $1377.44 |
| 5010 | 1177720 | 12/05/2017 | $1,377.44 | $0.00 | $1377.44 |
| 5010 | 1177720 | 12/05/2017 | $8.19 | $0.00 | $8.19 |
| 5010 | 1179151 | 01/11/2018 | $986.28 | $0.00 | $986.28 |
| 5010 | 1179151 | 01/11/2018 | $986.28 | $0.00 | $986.28 |
| 5010 | 1180513 | 02/08/2018 | $986.28 | $0.00 | $986.28 |
| 5010 | 1181879 | 03/08/2018 | $986.28 | $0.00 | $986.28 |
| 5010 | 1183257 | 04/03/2018 | $986.28 | $0.00 | $986.28 |
| 5010 | 1186398 | 05/15/2018 | $986.28 | $0.00 | $986.28 |
| 5010 | 1187639 | 06/07/2018 | $986.28 | $0.00 | $986.28 |
| 5010 | 1189078 | 07/12/2018 | $986.28 | $0.00 | $986.28 |
| 5010 | 1190434 | 08/09/2018 | $986.28 | $0.00 | $986.28 |
| 5010 | 1191730 | 09/06/2018 | $986.28 | $0.00 | $986.28 |
| 5010 | 1193097 | 10/10/2018 | $986.28 | $0.00 | $986.28 |
| 5010 | 1194443 | 11/08/2018 | $986.28 | $0.00 | $986.28 |
| 5010 | 1195860 | 12/13/2018 | $1,026.91 | $0.00 | $1026.91 |
| 5010 | 1197223 | 01/10/2019 | $1,026.91 | $0.00 | $1026.91 |
| 5010 | 1199591 | 03/12/2019 | $1,026.91 | $0.00 | $1026.91 |
| 5010 | 1200977 | 04/11/2019 | $1,026.91 | $0.00 | $1026.91 |
| 5010 | 1202299 | 05/09/2019 | $1,026.91 | $0.00 | $1026.91 |
| 5010 | 1203615 | 06/06/2019 | $1,026.91 | $0.00 | $1026.91 |
| 5010 | 1205019 | 07/11/2019 | $1,026.91 | $0.00 | $1026.91 |
| 5010 | 1206357 | 08/07/2019 | $1,026.91 | $0.00 | $1026.91 |
| 5010 | 1206357 | 08/07/2019 | $1,026.91 | $0.00 | $1026.91 |
| 5010 | 1207870 | 09/26/2019 | $1,026.91 | $0.00 | $1026.91 |
| 5010 | 1208904 | 10/10/2019 | $1,026.91 | $0.00 | $1026.91 |
| 5010 | 1210103 | 11/07/2019 | $1,026.91 | $0.00 | $1026.91 |
| 5010 | 1211476 | 12/12/2019 | $1,054.41 | $0.00 | $1054.41 |
| 5010 | 1212841 | 01/16/2020 | $1,054.41 | $0.00 | $1054.41 |
| 5010 | 1214185 | 02/13/2020 | $1,054.41 | $0.00 | $1054.41 |
| 5010 | 1215498 | 03/12/2020 | $1,054.41 | $0.00 | $1054.41 |
| 5010 | 1216763 | 04/14/2020 | $1,054.41 | $0.00 | $1054.41 |
| 5010 | 1217746 | 05/06/2020 | $1,054.41 | $0.00 | $1054.41 |
| 5010 | 1218732 | 06/02/2020 | $1,054.41 | $0.00 | $1054.41 |
| 5010 | 1219758 | 07/07/2020 | $1,054.41 | $0.00 | $1054.41 |
| 5010 | 1220800 | 08/12/2020 | $1,054.41 | $0.00 | $1054.41 |
| 5010 | 1221861 | 09/17/2020 | $1,054.41 | $0.00 | $1054.41 |
| 5010 | 1222843 | 10/15/2020 | $1,054.41 | $0.00 | $1054.41 |
| 5010 | 1223636 | 11/03/2020 | $1,054.41 | $0.00 | $1054.41 |

Re:

GINGER RAE RAMSEY  Case No.: 1-16-00001-HWV
 Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on January 28, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| DOROTHY L MOTT LAW OFFICE, LLC<br>D/B/A MOTT & GENDRON LAW<br>125 STATE STREET<br>HARRISBURG PA, 17101- | SERVED ELECTRONICALLY |
| SPECIALIZED LOAN SERVICING, LLC<br>8742 LUCENT BLVD, SUITE 300<br>HIGHLANDS RANCH, CO, 80129 | SERVED BY 1ST CLASS MAIL |
| GINGER RAE RAMSEY<br>100 NORTH 17TH STREET<br>CAMP HILL, PA 17011 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: January 28, 2021

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com