Check No. 1227515

Voucher manifest below. Please save the following pages for your records.

Pay to: CLERK U.S. BANKRUPTCY COURT

***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 15-04380-RNO | 006-0 | ELEANOR EVANS<br>Original Check written to:<br>RECOVERY MANAGEMENT SYSTEMS CORP.<br><br>25 SE 2ND AVENUE, SUITE 1120<br>MIAMI, FL 33131- | 3825 | 149.40 | 4.89 | 0.00 | 4.89 |
| 15-04560-HWV | 009-0 | BRIAN. T. KRAPE<br>Original Check written to:<br>KELLI METZGER KNERR, ESQUIRE<br>525 SOUTH EIGHTH STREET<br>LEBANON, PA 17042- | | 1,975.52 | 9.03 | 0.00 | 9.03 |
| 15-05135-HWV | 009-0 | RONALD A. FIMIANI<br>Original Check written to:<br>AFC FIRST<br>4501 NORTH POINT PARKWAY<br>SUITE 300<br>ALPHARETTA, GA 30022-2412 | | 1,579.28 | 1.80 | 0.00 | 1.80 |
| 16-00001-HWV | 001-0 | GINGER RAE RAMSEY<br>Original Check written to:<br>REC MGM SYS<br>PO BOX 17305<br>RICHMOND, VA 23226- | 5925 | 0.00 | 258.23 | 0.00 | 258.23 |
| 16-01000-RNO | 004-0 | ROBERT F. ENGLE<br>Original Check written to:<br>PAWC SCRANTON SEWER<br>2699 STAFFORD AVENUE<br>SCRANTON, PA 18505-3608 | | 0.00 | 923.45 | 0.00 | 923.45 |
| 16-03471-RNO | 011-0 | THOMAS P. ADAMO<br>Original Check written to:<br>MARTIN A MOONEY, ESQ<br>FOR TD BANK, N.A.<br>950 NEW LOUDON ROAD, SUITE 109<br>LATHAM, NY 12110- | 8437 | 0.00 | 812.89 | 0.00 | 812.89 |